# Exhibit B

# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## AT INDEPENDENCE

| | |
|---|---|
| STEFANIE AYALA, et al. | )<br>)<br>) Case No. 1316-CV27529<br>) |
|       Plaintiffs, | )<br>) |
| vs. | ) W.D. Mo. Case No. 4:14-CV-885<br>) |
| MISSION GROUP KANSAS, INC.,<br>    et al. | )<br>)<br>) |
|       Defendants. | ) |

## NOTICE OF FILING OF NOTICE OF REMOVAL

To:     Clerk, Circuit Court of the County of Jackson in Independence
         308 West Kansas
         Independence, MO 64050

         Attorney for Plaintiffs
         Kenneth B. McClain
         Andrew K. Smith
         Lauren E. McClain
         HUMPHREY, FARRINGTON & McCLAIN, P.C.
         221 W. Lexington, Suite 400
         P.O. Box 900
         Independence, MO 64050

       PLEASE TAKE NOTICE that Defendants Mission Group Kansas, Inc., d/b/a Wright Career College; Board of Directors of Mission Group Kansas, Inc.; John Mucci; Stephen Browne; and Ron Holt (collectively, "Defendants") on the 8th day of October, 2014, filed their **Notice of Removal**, a copy of which is attached hereto, in the office of the Clerk of the United States District Court for the Western District of Missouri, Western Division. Pursuant to 28 U.S.C. § 1446(d), this Court shall proceed no further with this action, which has been removed to the United States District Court for the Western District of Missouri.

You are also advised that Defendants have filed a copy of this Notice with a copy of the Notice of Removal attached with the Clerk of the Circuit Court of the County of Jackson, Missouri, in accordance with 28 U.S.C. § 1446(d).

Dated: October 8, 2014.	Respectfully submitted,

By: /s/ Martin M. Loring

Martin M. Loring, Mo. #29712
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
(816) 983-8000
(816) 983-8080 Fax
martin.loring@huschblackwell.com

James F. Monafo, Mo. #38774
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
(314) 480-1500 (telephone)
(314) 480-1505 (facsimile)
jim.monafo@huschblackwell.com
kyle.seelbach@huschblackwell.com

Stacia G. Boden, Mo. #53601
Mission Group Kansas, Inc.
Wright Career College
10720 Metcalf Avenue
Overland Park, Kansas 66210
(913) 396-5453
(913) 904-3410 (fax)
sboden@wrightcc.edu

*Attorneys for Mission Group Kansas, Inc.; Board of Directors of Mission Group Kansas, Inc.; John Mucci; Stephen Browne; and Ron Holt.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument was forwarded via email this 8th day of October, 2014 to:

Kenneth B. McClain
kbm@hfmlegal.com
Andrew K. Smith
Lauren E. McClain
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 W. Lexington, Suite 400
P.O. Box 900
Independence, MO 64050

/s/ Martin M. Loring