# Exhibit C

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

STEFANIE AYALA, et al.       )
                             )
                             )
        Plaintiffs,          )
                             )
vs.                          )   Case No. _____
                             )
MISSION GROUP KANSAS, INC.,  )
  et al.                     )
                             )
        Defendants.          )

### DECLARATION OF JOHN L. MUCCI

I, John L. Mucci, declare as follows:

1. I am employed by Mission Group Kansas, Inc., d/b/a Wright Career College ("Wright Career College") as the President. I base this declaration on my personal knowledge and upon my review of business records maintained by Wright Career College. I am competent to testify regarding the matters described within this declaration.

2. Wright Career College is a corporation organized under the laws of Kansas. Presently, and at the time of the filing of the Petition in this case, the principal place of business and corporate headquarters of Wright Career College is located at 10720 Metcalf Avenue, Overland Park, KS. Wright Career College's officers and executives maintain their offices at the Overland Park corporate headquarters, and corporate decisions are made at this location. Wright Career College has no offices in Missouri.

3. A document created in the normal course of its business by Wright Career College is a student's Ledger Card. This document reflects amounts charged to students for their education. The information included within a student's Ledger Card is inputted in the ordinary

course of business at or near the time payments are made and deductions are taken by persons with knowledge of the payments and deductions. As the President, I have access to the student Ledger Cards for the Overland Park campus of Wright Career College.

4. Attached hereto as Exhibit 1 is a true and accurate copy of the Ledger Card created and maintained for Plaintiff Christi Hampton. The Ledger Card attached as Exhibit 1 is a type of document that was created and kept in the ordinary course of business at the Overland Park campus of Wright Career College.

5. The Ledger Card reflects that as of November 22, 2013, Plaintiff Christi Hampton Plaintiff Christi Hampton has been charged a total of $31,791.19 for her course of instruction at Wright Career College.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 9th day of December, 2013.

_____

SLC-7096562-1

# EXHIBIT 1

# Ledger Card

11/22/2013
1:53:19PM

**Student Name** Hampton, Christi

**Address** 926 NE Swann Rd Apt B
Lees Summit, MO 64086

**Balance** $3,544.46
**Student ID** 120849752
**Current Status** Active
**Program Version** AAS Medical Insurance Coding
**Start Date** 9/17/2012
**LDA** 11/21/2013
**Graduation Date** 2/21/2014

| Date | Check/Ref | Enrollment | Term | Campus | Code | Pmt Per/Ay | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **WCC Overland Park** | | | | | | | | | | |
| **2012/09/17** | | | | | | | | | | |
| 9/24/2012 | Pell13006/FA 8580 | HA12094773 : AAS Medical Insur120917 | | KCI | | | Pell Grant 2012-13 | | 2,775.00 | (2,775.00) |
| 9/17/2012 | AUTO-092412 | HA12094773 : AAS Medical Insur120917 | | KCI | TUIT | | Tuition | 5,495.00 | | 2,720.00 |
| 9/17/2012 | AUTO-092412 | HA12094773 : AAS Medical Insur120917 | | KCI | BOOK | | Books | 896.63 | | 3,616.63 |
| 9/17/2012 | AUTO-092412 | HA12094773 : AAS Medical Insur120917 | | KCI | REG | | Enrollment Fee | 100.00 | | 3,716.63 |
| 9/17/2012 | AUTO-092412 | HA12094773 : AAS Medical Insur120917 | | KCI | LABF | | Lab Fee | 200.00 | | 3,916.63 |
| 9/17/2012 | AUTO-092412 | HA12094773 : AAS Medical Insur120917 | | KCI | ACTF | | Activity Fee | 75.00 | | 3,991.63 |
| 9/17/2012 | AUTO-092412 | HA12094773 : AAS Medical Insur120917 | | KCI | BKTAX | | Book Sales Tax | 77.56 | | 4,069.19 |
| 10/19/2012 | EFT11172/FA 9124 | HA12094773 : AAS Medical Insur120917 | | KCI | | | Direct Unsubsidized Loan 2012-13 | | 1,485.00 | 2,584.19 |
| 10/19/2012 | EFT11172/FA 9123 | HA12094773 : AAS Medical Insur120917 | | KCI | | | Direct Subsidized Loan 2012-13 | | 867.00 | 1,717.19 |
| 11/26/2012 | EFT11222/FA 9644 | HA12094773 : AAS Medical Insur120917 | | KCI | | | Direct Subsidized Loan 2012-13 | | 867.00 | 850.19 |
| 11/26/2012 | EFT11222/FA 9645 | HA12094773 : AAS Medical Insur120917 | | KCI | | | Direct Unsubsidized Loan 2012-13 | | 1,485.00 | (634.81) |
| 11/29/2012 | 54158 | HA12094773 : AAS Medical Insur120917 | | KCI | | | Stipend - DL-UNSUB 2012-13 | | (634.81) | 0.00 |
| | | | | | | | **2012/09/17 Totals:** | **$6,844.19** | **$6,844.19** | |
| **2012/12/31** | | | | | | | | | | |
| 12/24/2012 | EFT11260/FA 10025 | HA12094773 : AAS Medical Insur121231 | | KCI | | | Direct Unsubsidized Loan 2012-13 | | 1,485.00 | (1,485.00) |
| 12/24/2012 | Pell13144/FA 10026 | HA12094773 : AAS Medical Insur121231 | | KCI | | | Pell Grant 2012-13 | | 2,775.00 | (4,260.00) |
| 12/24/2012 | EFT11260/FA 10024 | HA12094773 : AAS Medical Insur121231 | | KCI | | | Direct Subsidized Loan 2012-13 | | 867.00 | (5,127.00) |
| 12/31/2012 | AUTO-010713 | HA12094773 : AAS Medical Insur121231 | | KCI | TUIT | | Tuition | 5,495.00 | | 368.00 |
| 12/31/2012 | AUTO-010713 | HA12094773 : AAS Medical Insur121231 | | KCI | BOOK | | Books | 357.32 | | 725.32 |

Case 4:14-cv-00885-BP    Document 1-4    Filed 10/08/14    Page 5 of 11

Ledger Card  11/22/2013
1:53:19PM

**Student Name** Hampton, Christi

| Date | Ref | Account | | Code | Description | Charge | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| 12/31/2012 | AUTO-010713 | HA12094773 : AAS Medical Insur121231 | KCI | REG | Enrollment Fee | 50.00 | | 775.32 |
| 12/31/2012 | AUTO-010713 | HA12094773 : AAS Medical Insur121231 | KCI | LABF | Lab Fee | 200.00 | | 975.32 |
| 12/31/2012 | AUTO-010713 | HA12094773 : AAS Medical Insur121231 | KCI | ACTF | Activity Fee | 75.00 | | 1,050.32 |
| 12/31/2012 | AUTO-010713 | HA12094773 : AAS Medical Insur121231 | KCI | BKTAX | Book Sales Tax | 30.91 | | 1,081.23 |
| 3/5/2013 | 11329/FA 10799 | HA12094773 : AAS Medical Insur121231 | KCI | | Direct Unsubsidized Loan 2012-13 | | 1,485.00 | (403.77) |
| 3/5/2013 | EFT11329/FA 10798 | HA12094773 : AAS Medical Insur121231 | KCI | | Direct Subsidized Loan 2012-13 | | 867.00 | (1,270.77) |
| 3/15/2013 | 54393 | HA12094773 : AAS Medical Insur121231 | KCI | | Stipend - DL-UNSUB 2012-13 | | (1,270.77) | 0.00 |
| | | | | | **2012/12/31 Totals:** | **$6,208.23** | **$6,208.23** | |

**2013/04/15**

| Date | Ref | Account | | Code | Description | Charge | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| 4/8/2013 | EFT11364/FA 11250 | HA12094773 : AAS Medical Insur130415 | KCI | | Direct Unsubsidized Loan 2012-13 | | 1,485.00 | (1,485.00) |
| 4/8/2013 | EFT11364/FA 11249 | HA12094773 : AAS Medical Insur130415 | KCI | | Direct Subsidized Loan 2012-13 | | 867.00 | (2,352.00) |
| 4/15/2013 | AUTO-042913 | HA12094773 : AAS Medical Insur130415 | KCI | TUIT | Tuition | 5,495.00 | | 3,143.00 |
| 4/15/2013 | AUTO-042913 | HA12094773 : AAS Medical Insur130415 | KCI | BOOK | Books | 535.21 | | 3,678.21 |
| 4/15/2013 | AUTO-042913 | HA12094773 : AAS Medical Insur130415 | KCI | REG | Enrollment Fee | 50.00 | | 3,728.21 |
| 4/15/2013 | AUTO-042913 | HA12094773 : AAS Medical Insur130415 | KCI | LABF | Lab Fee | 200.00 | | 3,928.21 |
| 4/15/2013 | AUTO-042913 | HA12094773 : AAS Medical Insur130415 | KCI | ACTF | Activity Fee | 75.00 | | 4,003.21 |
| 4/15/2013 | AUTO-042913 | HA12094773 : AAS Medical Insur130415 | KCI | BKTAX | Book Sales Tax | 46.30 | | 4,049.51 |
| 5/6/2013 | EFT11404/FA 11613 | HA12094773 : AAS Medical Insur130415 | KCI | | Direct Subsidized Loan 2012-13 | | 867.00 | 3,182.51 |
| 5/6/2013 | EFT11404/FA 11614 | HA12094773 : AAS Medical Insur130415 | KCI | | Direct Unsubsidized Loan 2012-13 | | 1,485.00 | 1,697.51 |
| 7/19/2013 | Pell13704/FA 12470 | HA12094773 : AAS Medical Insur130415 | KCI | | Pell Grant 2013-14 | | 2,823.00 | (1,125.49) |
| 7/23/2013 | 54622 | HA12094773 : AAS Medical Insur130415 | KCI | | Stipend - DL-UNSUB 2012-13 | | (1,125.49) | 0.00 |
| | | | | | **2013/04/15 Totals:** | **$6,401.51** | **$6,401.51** | |

**2013/07/29**

| Date | Ref | Account | | Code | Description | Charge | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| 7/22/2013 | EFT11556/FA 12572 | HA12094773 : AAS Medical Insur130729 | KCI | | Direct Unsubsidized Loan 2012-13 | | 1,485.00 | (1,485.00) |
| 7/23/2013 | Pell13711/FA 12565 | HA12094773 : AAS Medical Insur130729 | KCI | | Pell Grant 2013-14 | | 2,822.00 | (4,307.00) |
| 7/29/2013 | | HA12094773 : AAS Medical Insur130729 | KCI | TUIT | Tuition | 5,495.00 | | 1,188.00 |
| 7/29/2013 | | HA12094773 : AAS Medical Insur130729 | KCI | REG | Enrollment Fee | 50.00 | | 1,238.00 |
| 7/29/2013 | | HA12094773 : AAS Medical Insur130729 | KCI | ACTF | Activity Fee | 75.00 | | 1,313.00 |
| 7/29/2013 | | HA12094773 : AAS Medical Insur130729 | KCI | TECH2 | Tech / Resource Fee | 200.00 | | 1,513.00 |

Student Name   Hampton, Christi

| Date | Ref | Account | Loc | Code | Description | Charge | Payment | Balance |
|---|---|---|---|---|---|---|---|---|
| 7/29/2013 | | HA12094773 : AAS Medical Insur130729 | KCI | BOOK | Books | 344.04 | | 1,857.04 |
| 7/29/2013 | | HA12094773 : AAS Medical Insur130729 | KCI | BKTAX | Book Sales Tax | 29.76 | | 1,886.80 |
| 8/9/2013 | DL11591/FA 12743 | HA12094773 : AAS Medical Insur130729 | KCI | | Direct Subsidized Loan 2013-14 | | 1,114.00 | 772.80 |
| 9/16/2013 | DL11652/FA 13424 | HA12094773 : AAS Medical Insur130729 | KCI | | Direct Subsidized Loan 2013-14 | | 1,114.00 | (341.20) |
| 9/30/2013 | DL11668/FA 13766 | HA12094773 : AAS Medical Insur130729 | KCI | | Direct Unsubsidized Loan 2012-13 | | 1,485.00 | (1,826.20) |
| 10/11/2013 | 54811/2013-10-11 | HA12094773 : AAS Medical Insur130729 | KCI | | Stipend - DL-UNSUB 2012-13 | (1,826.20) | | 0.00 |
| | | | | | **2013/07/29 Totals:** | **$6,193.80** | **$6,193.80** | |

**2013/11/11**

| Date | Ref | Account | Loc | Code | Description | Charge | Payment | Balance |
|---|---|---|---|---|---|---|---|---|
| 11/4/2013 | DL14352/FA 14352 | HA12094773 : AAS Medical Insur131111 | KCI | | Direct Subsidized Loan 2013-14 | | 1,114.00 | (1,114.00) |
| 11/4/2013 | DL11710/FA 14353 | HA12094773 : AAS Medical Insur131111 | KCI | | Direct Unsubsidized Loan 2013-14 | | 1,485.00 | (2,599.00) |
| 11/11/2013 | AUTO-112213 | HA12094773 : AAS Medical Insur131111 | KCI | TUIT | Tuition | 5,495.00 | | 2,896.00 |
| 11/11/2013 | AUTO-112213 | HA12094773 : AAS Medical Insur131111 | KCI | BOOK | Books | 298.12 | | 3,194.12 |
| 11/11/2013 | AUTO-112213 | HA12094773 : AAS Medical Insur131111 | KCI | REG | Enrollment Fee | 50.00 | | 3,244.12 |
| 11/11/2013 | AUTO-112213 | HA12094773 : AAS Medical Insur131111 | KCI | LABF | Lab Fee | 200.00 | | 3,444.12 |
| 11/11/2013 | AUTO-112213 | HA12094773 : AAS Medical Insur131111 | KCI | ACTF | Activity Fee | 75.00 | | 3,519.12 |
| 11/11/2013 | AUTO-112213 | HA12094773 : AAS Medical Insur131111 | KCI | BKTAX | Book Sales Tax | 25.34 | | 3,544.46 |
| | | | | | **2013/11/11 Totals:** | **$6,143.46** | **$2,599.00** | |
| | | | | | **WCC Overland Park Totals:** | **$31,791.19** | **$28,246.73** | |

Student Name  Hampton, Christi

### Term: 120917

| Code | Course Description | Section | Credits Hours | Bill Code | Charge |
|---|---|---|---|---|---|
| HIM1030 | Insurance Coding I | EL12 | 3.00 | ACTF | $18.75 |
| HIM1030 | Insurance Coding I | EL12 | 3.00 | BKTAX | $19.39 |
| HIM1030 | Insurance Coding I | EL12 | 3.00 | REG | $25.00 |
| HIM1030 | Insurance Coding I | EL12 | 3.00 | LABF | $50.00 |
| HIM1030 | Insurance Coding I | EL12 | 3.00 | BOOK | $224.16 |
| HIM1030 | Insurance Coding I | EL12 | 3.00 | TUIT | $1,373.75 |
| MAT1010 | Introduction to Mathematics | E4 | 3.00 | ACTF | $18.75 |
| MAT1010 | Introduction to Mathematics | E4 | 3.00 | BKTAX | $19.39 |
| MAT1010 | Introduction to Mathematics | E4 | 3.00 | REG | $25.00 |
| MAT1010 | Introduction to Mathematics | E4 | 3.00 | LABF | $50.00 |
| MAT1010 | Introduction to Mathematics | E4 | 3.00 | BOOK | $224.16 |
| MAT1010 | Introduction to Mathematics | E4 | 3.00 | TUIT | $1,373.75 |
| MED1012 | Anatomy, Physiology and Terminology I | E5 | 3.00 | ACTF | $18.75 |
| MED1012 | Anatomy, Physiology and Terminology I | E5 | 3.00 | BKTAX | $19.39 |
| MED1012 | Anatomy, Physiology and Terminology I | E5 | 3.00 | REG | $25.00 |
| MED1012 | Anatomy, Physiology and Terminology I | E5 | 3.00 | LABF | $50.00 |
| MED1012 | Anatomy, Physiology and Terminology I | E5 | 3.00 | BOOK | $224.16 |
| MED1012 | Anatomy, Physiology and Terminology I | E5 | 3.00 | TUIT | $1,373.75 |
| SSC1010 | Critical Thinking and Learning Strategies | E3 | 3.00 | ACTF | $18.75 |
| SSC1010 | Critical Thinking and Learning Strategies | E3 | 3.00 | BKTAX | $19.39 |
| SSC1010 | Critical Thinking and Learning Strategies | E3 | 3.00 | REG | $25.00 |
| SSC1010 | Critical Thinking and Learning Strategies | E3 | 3.00 | LABF | $50.00 |
| SSC1010 | Critical Thinking and Learning Strategies | E3 | 3.00 | BOOK | $224.16 |
| SSC1010 | Critical Thinking and Learning Strategies | E3 | 3.00 | TUIT | $1,373.75 |

### Term: 121231

| Code | Course Description | Section | Credits Hours | Bill Code | Charge |
|---|---|---|---|---|---|
| CIS1010 | Computer Applications I | E4 | 3.00 | BKTAX | $7.73 |
| CIS1010 | Computer Applications I | E4 | 3.00 | ACTF | $18.75 |
| CIS1010 | Computer Applications I | E4 | 3.00 | REG | $25.00 |
| CIS1010 | Computer Applications I | E4 | 3.00 | LABF | $50.00 |
| CIS1010 | Computer Applications I | E4 | 3.00 | BOOK | $89.33 |
| CIS1010 | Computer Applications I | E4 | 3.00 | TUIT | $1,373.75 |
| HIM2030 | Insurance Coding II | EL12 | 3.00 | BKTAX | $7.73 |
| HIM2030 | Insurance Coding II | EL12 | 3.00 | ACTF | $18.75 |

Student Name  Hampton, Christi

| Code | Course Description | Section | Credits Hours | Bill Code | Charge |
|---|---|---|---|---|---|
| HIM2030 | Insurance Coding II | EL12 | 3.00 | REG | $25.00 |
| HIM2030 | Insurance Coding II | EL12 | 3.00 | LABF | $50.00 |
| HIM2030 | Insurance Coding II | EL12 | 3.00 | BOOK | $89.33 |
| HIM2030 | Insurance Coding II | EL12 | 3.00 | TUIT | $1,373.75 |
| HIS1010 | US History Pre Reconstruction | E5 | 3.00 | BKTAX | $7.73 |
| HIS1010 | US History Pre Reconstruction | E5 | 3.00 | ACTF | $18.75 |
| HIS1010 | US History Pre Reconstruction | E5 | 3.00 | REG | $25.00 |
| HIS1010 | US History Pre Reconstruction | E5 | 3.00 | LABF | $50.00 |
| HIS1010 | US History Pre Reconstruction | E5 | 3.00 | BOOK | $89.33 |
| HIS1010 | US History Pre Reconstruction | E5 | 3.00 | TUIT | $1,373.75 |
| MED1014 | Anatomy, Physiology and Terminology II | E3 | 3.00 | BKTAX | $7.73 |
| MED1014 | Anatomy, Physiology and Terminology II | E3 | 3.00 | ACTF | $18.75 |
| MED1014 | Anatomy, Physiology and Terminology II | E3 | 3.00 | REG | $25.00 |
| MED1014 | Anatomy, Physiology and Terminology II | E3 | 3.00 | LABF | $50.00 |
| MED1014 | Anatomy, Physiology and Terminology II | E3 | 3.00 | BOOK | $89.33 |
| MED1014 | Anatomy, Physiology and Terminology II | E3 | 3.00 | TUIT | $1,373.75 |

Term:  130415

| Code | Course Description | Section | Credits Hours | Bill Code | Charge |
|---|---|---|---|---|---|
| BIO1010 | Introduction to Biology | EL12 | 3.00 | BKTAX | $7.35 |
| BIO1010 | Introduction to Biology | EL12 | 3.00 | REG | $12.50 |
| BIO1010 | Introduction to Biology | EL12 | 3.00 | ACTF | $18.75 |
| BIO1010 | Introduction to Biology | EL12 | 3.00 | LABF | $50.00 |
| BIO1010 | Introduction to Biology | EL12 | 3.00 | BOOK | $84.93 |
| BIO1010 | Introduction to Biology | EL12 | 3.00 | TUIT | $1,373.75 |
| COM1010 | Professional Communication | E3 | 3.00 | BKTAX | $7.35 |
| COM1010 | Professional Communication | E3 | 3.00 | REG | $12.50 |
| COM1010 | Professional Communication | E3 | 3.00 | ACTF | $18.75 |
| COM1010 | Professional Communication | E3 | 3.00 | LABF | $50.00 |
| COM1010 | Professional Communication | E3 | 3.00 | BOOK | $84.93 |
| COM1010 | Professional Communication | E3 | 3.00 | TUIT | $1,373.75 |
| HIM2010 | Health Care Information and Management and Confid | E5 | 3.00 | BKTAX | $7.35 |
| HIM2010 | Health Care Information and Management and Confid | E5 | 3.00 | REG | $12.50 |
| HIM2010 | Health Care Information and Management and Confid | E5 | 3.00 | ACTF | $18.75 |
| HIM2010 | Health Care Information and Management and Confid | E5 | 3.00 | LABF | $50.00 |
| HIM2010 | Health Care Information and Management and Confid | E5 | 3.00 | BOOK | $84.93 |
| HIM2010 | Health Care Information and Management and Confid | E5 | 3.00 | TUIT | $1,373.75 |

Case 4:14-cv-00885-BP   Document 1-4   Filed 10/08/14   Page 9 of 11

## Ledger Card

**Student Name** Hampton, Christi

| Code | Course Description | Section | Credits Hours | Bill Code | Charge |
|---|---|---|---|---|---|
| PSY1010 | Introduction to Psychology | E4 | 3.00 | BKTAX | $7.35 |
| PSY1010 | Introduction to Psychology | E4 | 3.00 | REG | $12.50 |
| PSY1010 | Introduction to Psychology | E4 | 3.00 | ACTF | $18.75 |
| PSY1010 | Introduction to Psychology | E4 | 3.00 | LABF | $50.00 |
| PSY1010 | Introduction to Psychology | E4 | 3.00 | BOOK | $84.93 |
| PSY1010 | Introduction to Psychology | E4 | 3.00 | TUIT | $1,373.75 |

**Term:** 131111

| Code | Course Description | Section | Credits Hours | Bill Code | Charge |
|---|---|---|---|---|---|
| HIM1010 | Introduction to Transcription | E5 | 3.00 | BKTAX | $8.77 |
| HIM1010 | Introduction to Transcription | E5 | 3.00 | REG | $12.50 |
| HIM1010 | Introduction to Transcription | E5 | 3.00 | ACTF | $18.75 |
| HIM1010 | Introduction to Transcription | E5 | 3.00 | LABF | $50.00 |
| HIM1010 | Introduction to Transcription | E5 | 3.00 | BOOK | $101.34 |
| HIM1010 | Introduction to Transcription | E5 | 3.00 | TUIT | $1,373.75 |
| HIM1012 | Medical Information Management and Office Practices | E4 | 3.00 | BKTAX | $8.77 |
| HIM1012 | Medical Information Management and Office Practices | E4 | 3.00 | REG | $12.50 |
| HIM1012 | Medical Information Management and Office Practices | E4 | 3.00 | ACTF | $18.75 |
| HIM1012 | Medical Information Management and Office Practices | E4 | 3.00 | LABF | $50.00 |
| HIM1012 | Medical Information Management and Office Practices | E4 | 3.00 | BOOK | $101.34 |
| HIM1012 | Medical Information Management and Office Practices | E4 | 3.00 | TUIT | $1,373.75 |
| HIM2034 | Insurance Coding IV | EL23 | 3.00 | BKTAX | $8.77 |
| HIM2034 | Insurance Coding IV | EL23 | 3.00 | REG | $12.50 |
| HIM2034 | Insurance Coding IV | EL23 | 3.00 | ACTF | $18.75 |
| HIM2034 | Insurance Coding IV | EL23 | 3.00 | LABF | $50.00 |
| HIM2034 | Insurance Coding IV | EL23 | 3.00 | BOOK | $101.34 |
| HIM2034 | Insurance Coding IV | EL23 | 3.00 | TUIT | $1,373.75 |
| PDV2999 | Professional Development | E1 | 3.00 | BKTAX | $8.77 |
| PDV2999 | Professional Development | E1 | 3.00 | REG | $12.50 |
| PDV2999 | Professional Development | E1 | 3.00 | ACTF | $18.75 |
| PDV2999 | Professional Development | E1 | 3.00 | LABF | $50.00 |
| PDV2999 | Professional Development | E1 | 3.00 | BOOK | $101.34 |
| PDV2999 | Professional Development | E1 | 3.00 | TUIT | $1,373.75 |

Student Name   Hampton, Christi

### Pending Charges and Discounts

| Description | Bill Code | Term | Amount | Type | Date |
|---|---|---|---|---|---|
| Tuition | TUIT | 130729 | $5,495.00 | | 7/22/2013 |
| Books | BOOK | 130729 | $505.20 | | 7/22/2013 |
| Enrollment Fee | REG | 130729 | $50.00 | | 7/22/2013 |
| Lab Fee | LABF | 130729 | $200.00 | | 7/22/2013 |
| Activity Fee | ACTF | 130729 | $75.00 | | 7/22/2013 |
| Book Sales Tax | BKTAX | 130729 | $43.70 | | 7/22/2013 |
| | | **Pending Charges and Discounts :** | **$6,368.90** | | |
| | | **Student Balance + Pending Charges :** | **$9,913.36** | | |