# CIVIL COVER SHEET

℀JS 44 (Rev. 11/04)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Stephanie Ayala and 196 additional plaintiffs (see attached Exhibit 1)

**(b)** County of Residence of First Listed Plaintiff: Jackson County, MO
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Humphrey, Farrington & McClain, P.C.; 221 W. Lexington, Suite 400, Independence, MO 64050; 816-836-5050

## DEFENDANTS
Mission Group Kansas; Board of Directors of Mission Groups Kansas; John Mucci; Stephen Browne; Ron Holt

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
Husch Blackwell LLP; 4801 Main St., Suite 1000, Kansas City, MO 64112; 816-983-8000

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [x] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury

**CIVIL RIGHTS**
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/Accommodations
- [ ] 444 Welfare
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 440 Other Civil Rights

**PERSONAL INJURY**
- [ ] 362 Personal Injury - Med. Malpractice
- [ ] 365 Personal Injury - Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [x] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**PRISONER PETITIONS**
- [ ] 510 Motions to Vacate Sentence
- **Habeas Corpus:**
- [ ] 530 General
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

**FORFEITURE/PENALTY**
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 R.R. & Truck
- [ ] 650 Airline Regs.
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Mgmt. Relations
- [ ] 730 Labor/Mgmt. Reporting & Disclosure Act
- [ ] 740 Railway Labor Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Sat TV
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities/Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 895 Freedom of Information Act
- [ ] 900 Appeal of Fee Determination Under Equal Access to Justice
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. Section 1332(d)

Brief description of cause:
Claims alleged for fraud in connection with enrollment

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $ _____
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE Beth Phillips   DOCKET NUMBER 4:13-cv-01195-BP

DATE: 10/08/2014

SIGNATURE OF ATTORNEY OF RECORD: /s/ Martin M. Loring

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

# EXHIBIT "1"

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT INDEPENDENCE

**STEFANIE AYALA, JENNIFER DECKER, CHRISTI HAMPTON, STEVEN JEWSOME,**

and

**ROBIN BAILES,**
16410 East 29th Terrace South
Independence, Missouri 64055

**JAMES BAKER,**
Post Office Box 2272
Liberal, KS 67905

**LEWISTENNA BARNETT,**
1515 North Belmont Street
Wichita, Kansas 67208

**STEPHANIE BARNHARDT,**
1701 East 65th St. North
Tulsa, Oklahoma 74103

**PHYLLIS BARTON,**
2624 Brickel Boulevard
Kansas City, Kansas 66104

**TRESHUNDA BEASLEY,**
3820 East Morris Street
Wichita, Kansas 67218

**HEATHER BEOUGHER,**
499 Road 24 A
Longton, Kansas 67352

**KIMBERLY BENSON,**
2202 East 67th Street, Apt. 1406
Tulsa, Oklahoma 74135

**ERNESHA BENTLEY,**
215 West 99th Street
Kansas City, Missouri 64114

**Case No. 1316-CV27529**

**Division 2**

**JURY TRIAL DEMANDED**

| | |
|---|---|
| **JORDAN BERGMAN,**<br>745 Sylvan Lane<br>Wichita, Kansas 67218 | )<br>)<br>)<br>) |
| **GLORIA BETTS,**<br>1419 Moten Place<br>Kansas City, Missouri 64108 | )<br>)<br>)<br>) |
| **ANTHONY BOSTIC,**<br>7924 Brooklyn Avenue<br>Kansas City, Missouri 64132 | )<br>)<br>)<br>) |
| **AMBER BOUKNIGHT,**<br>1201 NW 51st St.<br>Blue Springs, Missouri 64015 | )<br>)<br>)<br>) |
| **DANIELLE BOWMAN,**<br>1359 S. St. Francis Street Apt 4<br>Wichita, Kansas 67211 | )<br>)<br>)<br>) |
| **GERALDINE BOWSER,**<br>2116 E. 67th Terrace<br>Kansas City, MO 64132 | )<br>)<br>)<br>) |
| **SHARHONDA BRADEN,**<br>13612 Cambridge Avenue<br>Grandview, Missouri 64030 | )<br>)<br>)<br>) |
| **CHERYL BRADLEY,**<br>2000 N. 10th Street, Apt. 2<br>Kansas City, Kansas 66104 | )<br>)<br>)<br>) |
| **IEISHA BRADLEY,**<br>1244 Ray Avenue<br>Kansas City, Kansas 66102 | )<br>)<br>)<br>) |
| **KATHRYN BRAUGHTON,**<br>5812 NE 41st Street, Apt. C<br>Kansas City, Missouri 64117 | )<br>)<br>)<br>) |
| **SYLVIA BROWN,**<br>2407 N. Piatt Street<br>Wichita, Kansas 67219 | )<br>)<br>)<br>)<br>)<br>) |

**JENNIFER LAKEY BRUBAKER,**  )
2508 NW Castle Drive  )
Blue Springs, Missouri 64015  )
 )
**LAQUEETA BRUCE,**  )
1015 Harding Street  )
Wichita, Kansas 67208  )
 )
**RODERICK BRUCE,**  )
1015 Harding Street  )
Wichita, Kansas 67208  )
 )
**AMANDA BUNNEY,**  )
7128 Craig Street  )
Overland Park, KS 66204  )
 )
**NICOLE BUTLER,**  )
612 Nichols Ave.  )
Tecumseh, OK 74873  )
 )
**MARCUS CANNON,**  )
842 Quindaro Blvd  )
Kansas City, KS 66101  )
 )
**DENISE CARRUTHERS,**  )
4331 Yecker Ave  )
Kansas City, KS 66104  )
 )
**MARILYN CASHIER,**  )
12204 E. 54th Terrace  )
Kansas City, MO 64133  )
 )
**CHELSEA CAVANAH,**  )
40844 E. 180th Street  )
Richmond, MO 64085  )
 )
**LINDA CHARLES,**  )
1618 W. 22nd St. North  )
Apt 104  )
Wichita, KS 67204  )
 )
**ELLA CHEADLE,**  )
735 N. Louisville Ave.  )
Tulsa, OK 74115  )
 )
 )

3

LATOYA CHEADLE,               )
2018 E. Woodrow St.           )
Tulsa, OK 74110               )
                              )
KATRINA CHISM,                )
12112 Burdette Circle         )
Omaha, NE 68164               )
                              )
BELINDA CLAYTON,              )
4841 Boyd St., Apt 112        )
Omaha, NE 68104               )
                              )
CHRISTOPHER CLARK,            )
13010 E. 57th St.             )
Kansas City, MO 64133         )
                              )
KIMBERLY CLARK,               )
P.O. Box 103                  )
Alva, OK 73717                )
                              )
KERA CLEMONS-BIRCH,           )
4857 Wyndham Road             )
Park City, KS 67219           )
                              )
CIERA COATES,                 )
3300 NW Jefferson St., Apt. 235 )
Blue Springs, MO 64015        )
                              )
RODNEY COLLIER,               )
4327 Elmwood                  )
Kansas City, MO 64130         )
                              )
ANGELA R. CORBIN,             )
6556 W. 91st St. Apt 136      )
Overland Park, KS 66212       )
                              )
CARRIE CRIM,                  )
21191 W. 227th St.            )
Spring Hill, KS 66083         )
                              )
ASHLEY CROFT,                 )
623 E. Johnston St.           )
Olathe, KS 66061              )
                              )
                              )
                              )

4

MARIE DAWSON,                              )
510 Johnston Parkway                       )
Raymore, MO 64083                          )
                                           )
JOSEPH DENNIS,                             )
10 Aspen St.                               )
Belton, MO 64012                           )
                                           )
BRISON DOCKERY,                            )
1004 Highland St., Apt A                   )
Coffeyville, KS 67337                      )
                                           )
NAQUITA DORSEY,                            )
14019 Dunbar Ct.                           )
Grandview, MO 64030                        )
                                           )
CENTEL DUNCAN,                             )
16 N. 35th St.                             )
Council Bluffs, IA 51501                   )
                                           )
JAZMINE ELLIS,                             )
9508 W. 104th St.                          )
Overland Park, KS 66212                    )
                                           )
ASHLEY FELTON-KREAGER,                     )
4857 Wyndham Road                          )
Park City, KS 67219                        )
                                           )
LUCRESHIA FINLEY,                          )
625 S. 71st Terrace, Apt. 4                )
Kansas City, KS 66111                      )
                                           )
TERESA FLEMING,                            )
304 N. Park Ave., Apt.4                    )
Springfield, IL 62702                      )
                                           )
JENNIFER FLOREZ,                           )
2311 Victoria Drive, Apt. 102              )
Kansas City, KS 66106                      )
                                           )
ROXANA FORTNEY,                            )
12534 Old Ranier Road, Lot 32              )
Roseville, OH 43777                        )
                                           )
                                           )
                                           )

5

RACHELLE FOX,  )
611 Trevis Ave.  )
Belton, MO 64012  )
)
LAURA FRANCO,  )
3217 Greenhaven Place  )
Wichita, KS 67216  )
)
ADRIENNE FRANKLIN,  )
400 E. Armour Blvd, Apt 206  )
Kansas City, MO 64107  )
)
LATONIA FREEMAN,  )
7724 Webster St.  )
Omaha, NE 68114  )
)
LATISHA FRIDAY,  )
4244 S. Hydraulic St. Apt. 805  )
Wichita, KS 67216  )
)
ANDRE FULSON,  )
1317 West Twin Oaks St.  )
Broken Arrow, OK 74011  )
)
QUANTILLIA GAINES,  )
1622 S. Edgemoor St.  )
Wichita, KS 67218  )
)
RAEGAN GAREY,  )
2363 Chapel Ridge Place, Apt 4T  )
Salina, KS 67401  )
)
BRITTANY GARRETT,  )
416 N. Kokomo St.  )
Derby, KS 67037  )
)
TAKESHA GATES,  )
12806 14th St. Apt 72  )
Grandview, MO 64030  )
)
RENE GOLDEN,  )
5901 S. May Ave., #259  )
Oklahoma City, OK 73119  )
)
)
)
)

MYRON GRAHAM,  )
9819 Locust St., Apt. 5  )
Kansas City, MO 64131  )
)
TAMARA GRIM,  )
4121 N. Wheeling Ave.  )
Kansas City, MO 64117  )
)
JANET GROSS,  )
3920 N. 104th St. #210  )
Omaha, NE 68134  )
)
KAYLA HANNAHAN,  )
3001 N. 73rd Place  )
Kansas City, KS 66109  )
)
KILANDRA HARDEN,  )
7626 King St., Apt J  )
Shawnee, KS 66214  )
)
BRANDI HARDIMAN,  )
3139 S. Mingo Road, Apt 1803  )
Tulsa, OK 74146  )
)
CARLISS HARDING,  )
1555 E. 54th St North  )
Tulsa, OK 74126  )
)
MARCHETA HARDISON,  )
920 S. Northern Blvd  )
Independence, MO 64053  )
)
LISA HARDMAN,  )
5017 Forest Ave.  )
Kansas City, KS 66106  )
)
SONATA HARPER,  )
12918 Browne St.  )
Omaha, NE 68164  )
)
BRETTKITA HASKINS,  )
1323 Armour Blvd.  )
Kansas City, MO 64109  )
)
)
)

**MEGAN HATFIELD,**
2200 S. Lori St.
Wichita, KS 67207

**NICKI HILL,**
112 E. Frank St.
Kearney, MO 64060

**SHAYLA HILL,**
3839 E. 61st St.
Kansas City, MO 64130

**MARI J. HOWARD,**
1703 S. King Ave.
Harrisonville, MO 64701

**AUGUST HUGHES,**
1754 N. Estelle St.
Wichita, KS 67214

**YOLANDA HUGHES,**
2525 W. 38th Avenue, Apt. 1C
Kansas City, KS 66103

**STEPHANIE HULSEY,**
1001 N. 14th St.
Collinsville, OK 74021

**KIMBERLY HUNT,**
3634 NW 39th St, Apt 17118
Oklahoma City, OK 73112

**AMBER JACKSON,**
415 W. Harvey St.
Willington, KS 67152

**MARQIEZE JACKSON,**
415 W. Harvey St.
Willington, KS 67152

**NICOLE JACKSON,**
914 S. Dory Lake Drive
Black Hawk, CO 80422

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

8

RUTH JACKSON,  )
1410 N. Vassar  )
Wichita, KS 67208  )
)
HEATHER JACOBSON,  )
903 Florence Ave.  )
Raymore, MO 64083  )
)
VICKIE JAGODZINSKI,  )
306 S. Darrowby Drive  )
Raymore, MO 64083  )
)
JESSIE JAMES,  )
3146 S. 131st East Ave, #413  )
Tulsa, OK 74134  )
)
ERICA JEFFERSON,  )
1530 E. 17th St. North, #101  )
Wichita, KS 67214  )
)
KEISHA JOHNSON,  )
2500 Independence Ave, Apt. E6  )
Kansas City, MO 64124  )
)
KENISHA JOHNSON,  )
11216 Manchester  )
Kansas City, MO 64134  )
)
BRIANNE JONES,  )
9233 Leglar Circle, Apt. 493  )
Lenexa, KS 66219  )
)
DENISE SHATRA JONES,  )
508 Maple Blvd. Apt 2W  )
Kansas City, MO 64124  )
)
KATHY LYNN JONES,  )
3232 E. Independence St. Apt 6A  )
Tulsa, OK 74110  )
)
RAVEN JONES,  )
4929 Bellefontaine Ave.  )
Kansas City, MO 64130  )
)
)
)

9

**CHARITY KATON,**  )
344 W. 6th St., Apt. 305  )
Chelsea, OK 74016  )
  )
**JENNIFER KEEZER,**  )
6112 S. Ellis St.  )
Wichita, KS 67216  )
  )
**SHERRY KIRKSEY,**  )
901 N. Elgin Ave. Apt 417  )
Tulsa, OK 74106  )
  )
**CHARLOTTE KRAMER,**  )
5406 E. 71st St., Apt 1912  )
Tulsa, OK 74136  )
  )
**LATASHA LAMBERT,**  )
5855 Highland Ave.  )
Kansas City, MO 64110  )
  )
**ABBY LAUGHMAN,**  )
812 Black Oak Drive  )
Liberty, MO 64068  )
  )
**SHARON LAVANIER,**  )
11421 W. 51st Terrace  )
Shawnee, KS 66203  )
  )
**SAMANTHA LEMANSKE,**  )
515 River Falls Road  )
Edwardsville, KS 66111  )
  )
**CHASIDI LEWIS,**  )
1300 Delaware  )
Pleasant Hill, MO 64080  )
  )
**DEEDRE LOMAX,**  )
4331 E. 108th St.  )
Kansas City, MO 64137  )
  )
**CAITLYN MARGRAVE,**  )
1624 Victor Ave.  )
Omaha, NE 68110  )
  )
  )
  )

**BRENDA JO MATHER,**  )
7404 Larsen Lane            )
Shawnee, KS 66203           )
                            )
**SARAH McCABE,**           )
403 E. Seventh St.          )
Eudora, KS 66025            )
                            )
**JOHN McCOY,**             )
16100 W. 136th St.          )
Olathe, KS 66062            )
                            )
**AMANDA McCRAY,**          )
3193 S. Davidson St.        )
Wichita, KS 67210           )
                            )
**AMY McKINNEY,**           )
7308 Sanders                )
Leavenworth, KS 66048       )
                            )
**JOSE MELENDEZ,**          )
5800 Prairie Meadows Road   )
Derby, KS 67037             )
                            )
**HOLLY MILLER,**           )
12825 Hillcrest Dr.         )
Liberty, MO 64068           )
                            )
**NATALYA MINNERS,**        )
10155 E. 32nd St. Apt D     )
Tulsa, OK 74146             )
                            )
**EQUILA MOODY,**           )
528 S. Bluff St.            )
Wichita, KS 67218           )
                            )
**STEPHANIE MOONEY,**       )
3028 Mason St.              )
Independence, MO 64052      )
                            )
**TIEDRE MOORE,**           )
6612 Oxford Ave.            )
Raytown, MO 64133           )
                            )
                            )
                            )

TRACY MOORE,	)
911 Brownthrush St.	)
Wichita, KS 67212	)
	)
EMILY MOSLEY,	)
545 Shawnee Road	)
Kansas City, KS 66103	)
	)
MARCIE MYERS-ELDER,	)
11605 Carter St.	)
Overland Park, KS 66210	)
	)
BARBARA NASH,	)
7117 E. 10th St.	)
Tulsa, OK 74112	)
	)
LATIKA NELSON,	)
2631 Lawn Ave.	)
Kansas City, MO 64127	)
	)
BRIAN NORTH,	)
16322 E. 34th St.	)
Independence, MO 64055	)
	)
LEANNA ODEMS,	)
8805 Crystal Lane, Apt. 203	)
Kansas City, MO 64138	)
	)
ANTHONY OSBY,	)
2631 Lawn Ave.	)
Kansas City, MO 64127	)
	)
TREMAINE PACE,	)
7020 N. Bales Ave., Apt. 343	)
Gladstone, MO 64119	)
	)
TIFFANY PATILLO,	)
808 E. 100th Terrace, Apt. 220	)
Kansas City, MO 64131	)
	)
JANET TERRY PAYNE,	)
1199 E. Santa Fe, Lot 172	)
Gardner, KS 66030	)
	)
	)
	)

RICHARD PAYNE, )
7404 Larsen Lane )
Shawnee, KS 66203 )
)
DEANNA PAYTON, )
1414 E. 124th St. )
Olathe, KS 66061 )
)
AMBER PETERSON, )
3201 E. MacArthur St. )
Wichita, KS 67216 )
)
QUINTON PETTY, )
3319 N. 37th St. )
Kansas City, KS 66104 )
)
SANDRA PHILLIPS, )
P.O. Box 781145 )
Wichita, KS 67278 )
)
TERESA POTTER, )
10231 Movilla Hills Drive )
Sand Springs, OK 74063 )
)
SONYA PRUITT, )
416 Rhoades Ct. )
Norman, OK 73072 )
)
KRISTI PUGH, )
611 Zay Drive )
Excelsior Springs, MO 64024 )
)
PATISHA RANDOLPH, )
5001 NW 92nd Terrace )
Kansas City, MO 64154 )
)
ERICA RAY, )
2355 N. Poplar St. )
Wichita, KS 67219 )
)
ANGELA REED, )
2507 Quincy Ave. )
Kansas City, MO 64128 )
)
)
)

13

**QUNTICE REED,**  )
10721 N. Western Ave. #E  )
Oklahoma City, OK 73114  )
                         )
**ANGELA RICHIE,**  )
4141 S. Seneca, Apt. 919  )
Wichita, KS 67217  )
                   )
**JUDY RUFFIN,**  )
5904 Henninger Drive, Apt 1008  )
Omaha, NE 68104  )
                 )
**MELISSA RUSH,**  )
408 E. 7th St.  )
Newton, KS 67114  )
                  )
**CIERRA SAUER,**  )
21520 W. 179th St  )
Olathe, KS 66062  )
                  )
**KEVIN SHARP,**  )
4022 Nebraska Ave.  )
Omaha, NE 68111  )
                 )
**MELISSA SIMON,**  )
4807 Skyline Drive  )
Roeland Park, KS 66205  ) )
                        )
**LASHAWNDA SIMONTON,**  )
7304 E. 109th Terrace  )
Kansas City, MO 64134  )
                       )
**RONALD A. SMITH,**  )
6904 N. 107th Plaza, Apt. 238  )
Omaha, NE 68122  )
                 )
**TIMESHA SMITH,**  )
9706 W. 95th St.  )
Overland Park, KS 66212  )
                         )
**NICOLE STAAB,**  )
15705 W. 125th Terrace  )
Olathe, KS 66062  )
                  )
                  )
                  )

DAWN STARR,
621 SW County Road
Holden, MO 64040

LATISHA STEWART,
9725 Marsh Ave.
Kansas City, MO 64134

BRIAN STREET,
1905 E. Sleepy Hollow Dr.
Olathe, KS 66062

SEAN SWARD,
304 SW Fourth St.
Blue Springs, MO 64014

SARAH TAYLOR,
1135 NW Willow Drive
Grain Valley, MO 64029

JOHN TETER,
104 E. Lakecrest Drive
Augusta, KS 67010

LASHONE THOMAS,
14241 W. 128th St.
Olathe, KS 66062

STEPHANIE THOMPSON,
8302 Babe Ruth St.
San Antonio, TX 78240

LORI A. THRONE,
8702 Slater
Overland Park, KS 66212

DONYETTA THROWER,
2206 S. Jackson Ave. Apt E
Tulsa, OK 74107

NYREE TIGER,
1020 SW 48th St.
Oklahoma City, OK 73109

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CANISHA TILLER,
237 E. 67th St.
Kansas City, MO 64130

SHANNON TIMBERLAKE,
1306 Tyer Road
Grain Valley, MO 64029

ELIZABETH TRAMEL,
12935 E. 28th Place
Tulsa, OK 74134

BRENDA TREAT,
3201 E. MacArthur St. #115
Wichita, KS 67216

RENITA TRIPLETT,
5615 E. 39th Terrace
Kansas City, MO 64130

MERIAM TURNER,
3828 N. 38th St.
Kansas City, KS 66104

JACQUELINE TUTTLE,
6701 W. 87th Terrace, #901
Overland Park, KS 66212

MARIA VALDEZ,
309 NW Shamrock Ave.
Lee's Summit, MO 64081

RITA VERGE,
5236 E. 28th St., Unit 1
Kansas City, MO 64128

ROBERTA VERNER,
4613 N. Cheyenne Ave.
Tulsa, OK 74126

RYAN VIVANCO,
1408 Canterbury Lane
Liberty, MO 64068

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CURTIS VON ROUE,                )
1919 Olathe Blvd, Apt. 305      )
Kansas City, KS 66103           )
                                )
KENDYLL WALKER,                 )
17532 W. 157th Terrace          )
Olathe, KS 66062                )
                                )
PAULA WALLIS,                   )
348 E. Clark St.                )
Augusta, KS 67010               )
                                )
TASHANNA WALLS,                 )
1740 N. Lennox Dr., Apt. 9C     )
Olathe, KS 66062                )
                                )
CRYSTAL WASHINGTON,             )
4425 N. Detroit Ave.            )
Tulsa, OK 74106                 )
                                )
JARRAE WELLS,                   )
2631 Lawn Ave.                  )
Kansas City, MO 64127           )
                                )
CHRISTINE WHITWORTH,            )
10800 Hemlock St., Apt F        )
Overland Park, KS 66210         )
                                )
MICHAEL WILLIAMS,               )
6445 East Lincoln St.           )
Wichita, KS 67207               )
                                )
RENIDA WILLIAMS,                )
724 N. Maplewood St.            )
Tulsa, OK 74115                 )
                                )
RONALD JACK WILSON,             )
10515 E. 136th St. North        )
Collinsville, OK 74021          )
                                )
YOLANDA WILSON,                 )
7924 Brooklyn Ave.              )
Kansas City, MO 64132           )
                                )
                                )
                                )

| | |
|---|---|
| AMANDA WILWERDING,<br>919 Kent Drive<br>Belton, MO 64012 | )<br>)<br>)<br>) |
| VANESSA WISEMAN,<br>4140 Regents Lane<br>Wichita, KS 67208 | )<br>)<br>)<br>) |
| JENNIFER WOODLEY,<br>1838 S. Edgemoor St.<br>Wichita, KS 67218 | )<br>)<br>)<br>) |
| STEPHANIE WOODS,<br>408 Back Bay Blvd, #12<br>Wichita, KS 67209 | )<br>)<br>)<br>) |
| ANTHONY WRIGHT,<br>602 Bird St.<br>Harrisonville, MO 64701 | )<br>)<br>)<br>) |
| BRIAN WROTEN,<br>8013 W. 142nd Terr.<br>Overland Park, KS 66223 | )<br>)<br>)<br>) |
| MARIAH YATES,<br>418 E. 14th St. North, Apt. 1<br>Wichita, KS 67214 | )<br>)<br>)<br>) |
| ANTOENETE ZACHARY,<br>5818 S. Owasso Ave., Apt. 1338<br>Tulsa, OK 74105 | )<br>)<br>)<br>) |
| Plaintiffs,<br>v. | )<br>)<br>) |
| MISSION GROUP KANSAS, INC., d/b/a<br>WRIGHT CAREER COLLEGE, | )<br>)<br>) |
| BOARD OF DIRECTORS OF MISSION<br>GROUP KANSAS INC., | )<br>)<br>) |
| JOHN MUCCI; IN HIS OFFICIAL AND<br>INDIVIDUAL CAPACITY, | )<br>)<br>) |
| STEPHEN BROWNE; IN HIS OFFICIAL<br>AND INDIVIDUAL CAPACITY, | )<br>) |

18